RUSSEL S. JOHNSON, Appellant, *v.* JAMES H. WHALEY et al., Respondents.

*Appeal — unanimous affirmance — failure to obtain leave to appeal to Court of Appeals — appeal dismissed where no constitutional question directly involved.*

*Johnson* v. *Whaley,* 196 App. Div. 923, appeal dismissed.

(Argued October 21, 1924; decided November 25, 1924.)

APPEAL from two judgments of the Appellate Division of the Supreme Court in the fourth judicial department, entered respectively June 22 and 25, 1921, unanimously affirming judgments in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*G. E. Pritchard, W. J. B. Williams* and *R. S. Johnson* for appellant.

*W. E. Scripture* for James H. Whaley, respondent.

*Leland N. Wood* for city of Rome, respondent.

Appeal dismissed, with costs, on ground that no permission to appeal was obtained and no constitutional question was directly involved within the meaning of section 588 of the Civil Practice Act; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McIAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.